Agnes Neering, Appellee, v. Illinois Central Railroad
Company, Appellant.

Gen. No. 41,999.

Heard in the third division, first district, this court at the October term, 1943; opinion filed February 2, 1944. John W. Freels and Herbert J. Deany, for appellant; Edward C. Craig, Vernon W. Foster and Charles A. Helsell, of counsel; Ringer, Reinwald & Sostrin, for appellee; M. Lester Reinwald and Morris Sostrin, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.